UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| David Russell et al, | |
| Plaintiff, | |
| v. | Civil Action No. 2:25–cv–572 |
| CS Contract Solutions, LLC et al, | |
| Defendant. | |

### **ORDER**

On or before September 5, 2025, Defendants shall return executed their Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this  28th   day of August 2025.

                                                     */s/ Kevin J. Doyle*
                                                   Kevin J. Doyle
                                                   United States Magistrate Judge