```
                                              U.S. DISTRICT COURT
                                              DISTRICT OF VERMONT
                                                    FILED
```

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

```
2025 DEC 15 PM 4: 12

       CLERK
BY  CDC
    DEPUTY CLERK
```

DAVID RUSSELL and
JOHN ORTON, III, on behalf of
themselves and other similarly situated,

        Plaintiffs,

v.                                Case No.: 2:25-cv-00572 (kjd)

CONSOLIDATED COMMUNICATIONS,
ENTERPRISE SERVICES, LLC
CS CONTRACT SOLUTIONS, LLC d/b/a
CONEXA TECHNOLOGIES,
BENJAMIN SUNDERLAND and
KEITH CRISTOBAL, in their personal and
professional capacities,

        Defendants.

---

## ORDER ADOPTING STIPULATION FOR CONDITIONAL CERTIFICATION

In this lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* ("FLSA") as a collective action pursuant to 29 U.S.C. § 216(b), on behalf of Plaintiffs and all other similarly situated employees comprising the proposed FLSA Collective, *Collective and Class Action Amended Complaint*, Doc. 29 ¶ 8, Plaintiffs and Defendants have submitted a Stipulation for Conditional Certification ("Stipulation"). (Doc. 40.) By the Stipulation, the parties "agree to conditionally certify this FLSA action as a collective action as to Plaintiffs and opt-in plaintiffs from the putative collective in this action who have joined (and

members of the putative collective . . . who subsequently join before any court-imposed deadline) for purposes of issuance of notice and discovery." (*Id.* at ¶ 5.) The parties request that the Court enter an Order adopting the Stipulation and incorporating the agreed-upon procedures set forth in Paragraph 8 of the Stipulation, which includes a specified Notice of Collective Action (Exhibit A) to potential opt-in plaintiffs and a Proposed Email Notice of Collective Action (Exhibit B).

Having considered the Stipulation and attached Exhibits, the Court hereby APPROVES AND ADOPTS the Stipulation for Conditional Certification and attached Exhibits, and INCORPORATES the agreed-upon procedures therein in this Order.

Dated at Burlington, in the District of Vermont, this 15th day of December, 2025.

*Kevin J. Doyle*
Hon. Kevin J. Doyle
United States Magistrate Judge